UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : : THIS DOCUMENT RELATES TO: : LESLIE VANCE : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br>**JURY TRIAL DEMANDED** |

## SHORT FORM COMPLAINT

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability*, MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, LESLIE VANCE, is identified more fully in Paragraph 9 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides at 16685 Mesquite Rd., Apple Valley, CA 92307.

4. The Xarelto User resides (or if deceased, resided at the time of death) at 16685 Mesquite Rd., Apple Valley, CA 92307.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiff.

6. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiff.

DATED: January 15, 2016

                                      Respectfully submitted,

                                      __/s/ Raymond Valori_____
                                      RAYMOND VALORI

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served via the CM/ECF system to all counsel of record on January 15, 2016.

                                      FREEDLAND HARWIN VALORI, PL
                                      110 SE 6th Street, Suite 2300
                                      Ft. Lauderdale, FL 33301
                                      Tel:    954-467-6400
                                      Fax:    954-670-2530

                                      __/s/ Raymond Valori_____
                                      RAYMOND VALORI
                                      Fla. Bar #: 33200
                                      Ray@westonlawyers.com
                                      DANIEL HARWIN
                                      Fla. Bar #: 682446
                                      Daniel@westonlawyers.com
                                      AARON ROTHENBERG
                                      Fla. Bar #: 99634
                                      Aaron@westonlawyers.com

                                      THE LAW OFFICES OF ROBERT J.
                                      FENSTERSHEIB & ASSOCIATES
                                      520 W Hallandale Beach Blvd.
                                      Hallandale Beach, FL 33009
                                      Tel:    954-456-2488
                                      Fax:    954-456-2588
                                      ROBERT J. FENSTERSHEIB
                                      Fla. Bar #: 307300
                                      rjf@fenstersheib.com